IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRAVELERS INDEMNITY COMPANY** : | |
|    Plaintiff, : | |
| : | **CIVIL ACTION NO. 08-cv-2583** |
| v. : | |
| : | |
| **STENGEL ET AL.** : | |
|    Defendants. : | |

**ORDER**

**AND NOW**, this ____ day of December 2011, upon consideration of Defendants Ledgewood Law Firm and Kevin Berry, Esq.'s Motion for Summary Judgment (Doc. 67), Defendant Stengel's Motion for Summary Judgment (Doc. 68), Plaintiff's Responses (Docs. 72, 73), Defendant Stengel's Reply (Doc. 78), Plaintiff's Sur-Reply (Doc. 81), Defendants Ledgewood Law Firm and Kevin Berry, Esq.'s Reply (Doc. 82), Defendants' Supplemental Replies (Docs. 88, 89), and the hearing held before the Court on Tuesday, July 19, 2011,

**IT IS HEREBY ORDERED** and **DECREED** that Defendants' Motions for Summary Judgment are **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED** for statistical purposes.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Court rendered its memorandum opinion in connection with the above order on December __, 2011.